No. 14,059.

CHESTER *v.* CHESTER.
(68 P. [2d] 1119)

Decided May 17, 1937. Rehearing denied June 21, 1937.

Judgment affirmed en banc on application for supersedeas without written opinion. Mr. Justice Hilliard not participating.

Mr. CHARLES R. ENOS, Mr. JOSEPH L. MORRATO. Mr. THEODORE A. CHISHOLM, Mr. HENRY S. SHERMAN, Mr. BENJAMIN MACHINIST of counsel on petition for rehearing, for plaintiff in error.

Messrs. QUIAT, GINSBERG & CREAMER, for defendant in error.